# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:19-CV-00256-MR-DSC

| | |
|---|---|
| **HENDERSON OIL COMPANY, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **DELEK US ENERGY, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Cody T. Vasut]" (document #5) filed September 11, 2019. For the reasons set forth therein, the Motion will be <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, <u>and to the Honorable Martin Reidinger</u>.

**SO ORDERED**. 

Signed: September 11, 2019

David S. Cayer
United States Magistrate Judge